UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARK JOHN BUDETICH,            ) <br>       Plaintiff,            ) <br>                            ) <br> vs.            ) <br>                            ) <br> MATSON NAVIGATION COMPANY,   ) <br>                            ) <br>       Defendants.            ) | 2:09-CV-213-RLH-RJJ <br><br> **DISMISSAL BY COURT FOR** <br> **WANT OF PROSECUTION** |

It appearing to the Court that this action has been pending in this Court for more than nine (9) months without any proceeding having been taken therein during such period; now therefore,

IT IS ORDERED, ADJUDGED, AND DECREED that the above entitled action is hereby dismissed without prejudice for want of prosecution pursuant to provisions of LR 41-1.

DATED: September 6, 2011

_____
ROGER L. HUNT
United States District Judge